Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Washington Federal Bank Building
Salt Lake City, UT 84111
Telephone:    (801) 524-5734
Facsimile:    (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re:<br><br>**CHRISTIE LYNN LYNN,**<br><br>Debtor. | **Bankruptcy Case No. 19-24956 RKM**<br>(Chapter 7)<br>Chief Judge R. Kimball Mosier |
|---|---|

### NOTICE OF DEBTOR, CHRISTIE LYNN LYNN'S, INELIGIBILITY TO RECEIVE A DISCHARGE

The United States Trustee has reviewed the Court's Notice of Possible Previous Discharge filed in this case on July 9, 2019, has conducted a search of its databases and queried the Court's records. The United States Trustee has verified that Christie Lynn Lynn, the Debtor in bankruptcy case no. 19-24956 RKM, which is presently pending before the Court, and the Debtor, Christie Jackson, from case no. 12-27434 WTT, is in fact the same individual.

11 U.S.C. §727(a)(8) provides:

a. The Court shall grant the Debtor a discharge, unless-
  (8)    The Debtor has been granted a discharge under this section…, in a case commenced within 8 years before the date of the filing of the petition.

1

The present case of Debtor, Christie Lynn Lynn, was filed on July 8, 2019 as a Chapter 7 case within eight (8) years after the filing of the prior Chapter 7 case in which the Debtor received a Chapter 7 Discharge of Debts.  Accordingly, the United States Trustee has concluded and states that the Debtor is ineligible to receive a discharge in this case.

DATED: November 1, 2019

>Respectfully Submitted,

>_____/s/_____
>Peter J. Kuhn
>Attorney for Patrick S. Layng,
>United States Trustee

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that, on November 1, 2019, I caused a true and correct copy of the foregoing **NOTICE OF DEBTOR'S INELIGIBILITY TO RECEIVE A DISCHARGE** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, as noted below:

- Nathan R. Firouzi     nfirouzi@agutah.gov, txbankrupt@utah.gov
- Peter J. Kuhn     peter.j.kuhn@usdoj.gov
- Kenneth A. Rushton     KRus8416@aol.com, UT01@ecfcbis.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

Further, I certify that copies of the **MOTION AND MEMORANDUM** were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Christie Lynn Lynn
10532 North 6150 West
Highland, UT 84003

/s/
Lindsey Huston

3